FILED
CLERK, U.S. DISTRICT COURT

2/8/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Artis-Ray; Cash Jr.
**PLAINTIFF/PETITIONER**

V.

Caesars Entertainment, Inc.
**DEFENDANT/RESPONDENT**

CASE NUMBER: 2:23-cv-10570-JFW-PVC

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, Artis-Ray; Cash Jr. declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed? ☐ Yes ☑ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. January 2024, $1300

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    - Public benefits? ☑ Yes ☐ No
    - Business, profession or form of self-employment? ☐ Yes ☑ No
    - Rent payments, interest or dividends? ☐ Yes ☑ No
    - Pensions, annuities or life insurance payments? ☐ Yes ☑ No
    - Gifts or inheritances? ☐ Yes ☑ No
    - Any other income (other than listed above)? ☐ Yes ☑ No
    - Loans? ☐ Yes ☑ No
    - Any other income (other than listed above)? ☐ Yes ☑ No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Unemployment benefits, $5,772

---

CV-60 (11/23)      REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT      Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable) ☑ Yes ☐ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. Chime checking, $300.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

If you answer is yes, describe the property and state its approximate value:

5. In what year did you last file an Income Tax Return? 2022
Approximately how much income did your last return reflect? $18,000

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: None

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | 400 | Credit Cards | 50 |
| Transportation | 100 | Child Care | 0 |
| Food | 250 | Insurance | 0 |
| Medical | 0 | Loans | 0 |
| Utilities | 50 | Other | 0 |

California
State

Los Angeles
County (or City)

I, Artis-Rayi Cash Jr. declare under penalty of perjury that the foregoing is true and correct. Executed on:

02/07/2024
Date

Artis Ray Cash Jr.
Plaintiff (Signature)