Artis-Ray: Cash Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562
artiscashjr@yahoo.com

```
                    FILED
            CLERK, U.S. DISTRICT COURT

                   2/9/24

            CENTRAL DISTRICT OF CALIFORNIA
            BY: _____eee_____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR., | Case No.: 2:23-cv-10570-JFW-PVC |
| Plaintiff, | |
| vs. | STATEMENT FOR PROCEEDING IN FORMA PAUPERIS |
| CAESARS ENTERTAINMENT, INC., | |
| Defendant | |

This statement is to address the discrepancy regarding the previously filed CV-60 form for this case. It is my understanding that I did not adequately provide information on my income in the form. It was a mistake on my part to neglect to include income details that would provide understanding. I have corrected the issue in a newly filed CV-60 form.

DATED 02/08/24

/s/ Artis Ray Cash Jr.

Artis-Ray: Cash Jr.

STATEMENT FOR PROCEEDING IN FORMA PAUPERIS - 1